UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiff,

-against-

ARABICA, LLC,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/2022_

22 Civ. 295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 1, 2022, the district's mediation program informed the Court that mediation was not held because a dismissal would be forthcoming. ECF No. 22. Accordingly, by **June 23, 2022**, the parties shall file a notice of settlement or status letter.

    SO ORDERED.

Dated: June 16, 2022
       New York, New York

                                              ANALISA TORRES
                                    United States District Judge